UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ALISE PETTUS,**                                                                **Plaintiff**

**v.**                                                  **Case No. 3:16-cr-424-JHM-CHL**

**RXCROSSROADS,**                                              **Defendant**

## MEMORANDUM OPINION AND ORDER

On May 3, 2017, the Plaintiff, Alise Pettus, moves for leave to file an amended complaint. (DN 12.) Pettus seeks to add federal claims against the Defendant, RxCrossroads, under Title VII of the Civil Rights Act of 1964. (*Id.*) Pettus attached a proposed amended complaint for the Court's review. (DN 12-1.)

RxCrossroads did not respond to Pettus's motion, and the time for responding has passed. *See* LR 7.1(c) ("Failure to timely respond to a motion may be grounds for granting the motion.").

The parties' amendment deadline was May 3, 2017. (DN 10.) Pettus timely moved for amendment before the deadline passed.

Rule 15 governs amendments. If the opposing party does not consent to the amendment, a party may only amend with leave of Court. Fed. R. Civ. P. 15(a)(2). The Court should "freely give leave when justice so requires." *Id.*

The Court finds that justice requires granting leave to amend. RxCrossroads has not opposed Pettus's motion, much less argued that leave to amend should be denied for futility or some other reason.

The Court **GRANTS** Pettus's motion for leave to amend the complaint (DN 12). Pettus's proposed amended complaint (DN 12-1) is **DEEMED FILED** in the record of this action.